People v Thompson (2026 NY Slip Op 01138)

People v Thompson

2026 NY Slip Op 01138

Decided on February 26, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 26, 2026

Before: Manzanet-Daniels, J.P., Moulton, Gesmer, Mendez, Michael, JJ. 

Ind No. 448/21|Appeal No. 5967|Case No. 2022-02459|

[*1]The People of the State of New York, Respondent,
vBryan Thompson, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Elizabeth Batkin of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Hunter Baehren of counsel), for respondent.

Judgment, Supreme Court, New York County (April A. Newbauer, J.), rendered May 12, 2022, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of nine years of imprisonment, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence of imprisonment to a term of eight years, and otherwise affirmed.
We find the sentence excessive to the extent indicated. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 26, 2026